337

BEFORE THE SECOND DIVISION, APRIL 14, 1955

**No. 58953.**—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc. *v.* United States, protests 204243–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of "Aladdin" rail lubricators similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.,* and *Daniel F. Young, Inc.* v. *United States* (33 Cust. Ct. 68, C. D. 1637), the claim of the plaintiffs was sustained.

**No. 58954.**—Charles Kurz & Co. *v.* United States, protest 228938–K (Philadelphia).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of aluminum or duraluminum scrap in sheets or strips and that it is a nonferrous metal scrap, not ores nor concentrates, nor virgin nor crude metal; that said scrap was imported to be used in remanufacture by melting; that, after importation, it was melted and manufactured into aluminum ingots; and that there had been compliance with the regulations of the Secretary of the Treasury pursuant to Public Law 869, *supra.*   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

BEFORE THE THIRD DIVISION, APRIL 14, 1955

**No. 58955.**—Swift & Co. et al. *v.* United States, protests 177153–K, etc. (Buffalo).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 58956.**—Artgift Corporation *v.* United States, protest 243920–K (New York).

Opinion by EKWALL, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.